NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**ROBERT A. DUBSKY,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5123

---

Appeal from the United States Court of Federal Claims in case no. 05-CV-397, Judge Thomas C. Wheeler.

---

## ON MOTION

---

## ORDER

Robert A. Dubsky moves to reinstate his appeal and for a 30-day extension of time to file his initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions will be granted, the court's December 5, 2011 dismissal order will be vacated, the mandate will be recalled, and the appeal will be reinstated if Dubsky files his brief within 30 days of the date of filing of this order.

FOR THE COURT

DEC 2 9 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Edward A. Zimmerman, Esq.
     Douglas K. Mickle, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 9 2011

JAN HORBALY
CLERK